1

2

3

4

5

6

7

2UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    MADIHA MINER,

9                              Plaintiff,                           Case No. C19-823-RAJ

10        v.                                               ORDER GRANTING MOTION TO
                                                           PROCEED *IN FORMA PAUPERIS*
11   ISSAQUAH POLICE DEPARTMENT,

12                              Defendant.

13

14        Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-

15   entitled action. (Dkt. # 1.) As Plaintiff's initial proposed complaint identified a second Plaintiff,

16   but Plaintiff failed to include a second IFP application for that individual, she was advised by the

17   Clerk of the Court that her IFP application was deficient. (Dkt. # 2.) However, Plaintiff recently

18   filed a proposed amended complaint that no longer includes a second Plaintiff (dkt. # 5) and

19   therefore she has corrected this deficiency. As Plaintiff does not appear to have funds available

20   to afford the $400.00 filing fee, the Court GRANTS Plaintiff's application to proceed *in forma*

21   *pauperis.* (Dkt. # 1.) Plaintiff shall note that leave to proceed as a pauper does not necessarily

22   entitle Plaintiff to a waiver of any other cost(s) of litigation.

23

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1

1        The Clerk is directed to mail a copy of this Order to Plaintiff and to the Honorable

2 Richard A. Jones.

3        Dated this 5th day of June, 2019.

4

5                       MICHELLE L. PETERSON
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 2